UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Case No.: | 13-23475 |
| Judge: | Kelley, Susan V. |
| Chapter: | Chapter 13 |

In Re: Jody Lynn Emanuele

## STIPULATION TO SUBSTITUTE COUNSEL OF RECORD
## FROM CHRISTOPHER M. HOLOYDA TO ROBERT BRYNJELSEN

The undersigned parties agree as follows:

1. The bankruptcy debtor(s) identified in the above-caption hired Geraci Law L.L.C. and not Christopher M. Holoyda individually, to prepare, file and service their bankruptcy filing and all related matters.

2. On April 29, 2016 Attorney Christopher M. Holoyda left the employment of Geraci Law L.L.C.

3. The debtor(s) in the case identified above are still represented by Geraci Law L.L.C. and the fact that Christopher M. Holoyda is no longer employed by the firm does not affect and has not affected their representation in any way.

4. The undersigned parties wish to substitute counsel of record from Christopher M. Holoyda to Robert Brynjelsen effective as of April 29, 2016.

5. The undersigned parties wish to relieve Attorney Christopher M. Holoyda from any and all responsibilities as the attorney of record in the bankruptcy of the above-captioned debtor(s) effective as of April 29, 2016.

6. Due to the many cases handled while employed with Geraci Law L.L.C. we have attached an original "wet" signature. See Exhibit A.

Dated: May 12, 2016          /s/*Christopher M. Holoyda*
                                     Christopher M. Holoyda

Dated: May 12, 2016          */s/Robert Brynjelsen*
                                     Robert Brynjelsen

Geraci Law L.L.C.
55 E. Monroe #3400
Chicago, IL 60603
Phone: (312) 332-1800
Fax: (877) 247-1960
Email: wal@geracilaw.com

Rec. No: 577215
FAC - Stipulation & Order to Substitute Counsel